JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW MCCLANE,<br><br>             Petitioner,<br><br>    v.<br><br>STU SHERMAN, Warden,<br><br>             Respondent. | Case No. EDCV 17-01250-RSWL (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: June 5, 2019

                                                   /s/ RONALD S.W. LEW
                                          HONORABLE RONALD S.W. LEW
                                          United States District Judge